SCOTT E. COLE (S.B. #160744)
CLYDE H. CHARLTON (S.B. #127541)
MATTHEW R. BAINER (S.B. #220972)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Representative Plaintiff and the Plaintiff Classes

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ESCOW-FULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPORTS AND FITNESS CLUBS OF AMERICA, dba 24 HOUR FITNESS, INC.,<br><br>Defendant. | CASE NO. C07-01056 EMC<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT** ; ORDER |

LEGAL_US_W # 55811714.1

CASE NO. C07-01056 EMC

JOINT STIPULATION TO DISMISS COMPLAINT

WHEREAS, the Plaintiff Marcus Escow-Fulton and Defendant 24 Hour Fitness USA, Inc., have reached an agreement to dismiss this Complaint, in its entirety, without prejudice with all parties to bear their own costs and fees.

Therefore, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that this action is dismissed, in its entirety, without prejudice.

DATED: March 12, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ROBERT P. KRISTOFF
JOHN C. POST

By: /s/ Robert P. Kristoff
ROBERT P. KRISTOFF

Attorneys for Defendant
24 Hour Fitness USA, Inc.

DATED: March 12, 2007

SCOTT COLE & ASSOCIATES, APC
SCOTT E. COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER

By: /s/ Clyde H. Charlton for
SCOTT E. COLE

Attorneys for Representative Plaintiff, Marcus Escow-Fulton, and the Plaintiff Classes

IT IS SO ORDERED:

DATED: March 12, 2007  By: /s/ Judge Edward M. Chen

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 55811714.1

-2-

CASE NO. C07-01056 EMC

JOINT STIPULATION TO DISMISS COMPLAINT